IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IJANG ALBRIGHT, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. SA-26-CV-00436-FB |
| | § | |
| TODD M. LYONS, Acting Director of US ICE; MIGUEL VERGARA, San Antonio Field Office Director, US Immigration and Customs Enforcement; DAREN K. MARGOLIN, Director of the Executive Office for Immigration Review; and WARDEN, Dilley Immigration Processing Center, | § | |
| | § | |
| *Respondents*. | § | |

**JUDGMENT**

The Court considered the Judgment to be entered in this case. Consistent with the Order Granting in Part Writ of Habeas Corpus signed this date,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (ECF No. 1) is **GRANTED IN PART** such that Respondents are ORDERED to provide Petitioner Ijang Albright with a bond hearing before an immigration judge or release Petitioner from their custody according to the terms and conditions set forth in the Court's Order. In all other respects, the Petition is **DENIED**.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 24th day of March, 2026.

FRED BIERY
UNITED STATES DISTRICT JUDGE